FILED
CLERK, U.S. DISTRICT COURT

12/16/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___D. Brown___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GILDARDO VALDEZ-CERVANTES,<br><br>  Defendant. | Case No.: 5:21-MJ-00737-DUTY<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of __ARIZONA____ for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.　(×)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

　　　　(×)　information in the Pretrial Services Report and Recommendation

　　　　(×)　information in the violation petition and report(s)

　　　　(×)　the defendant's nonobjection to detention at this time

　　　　( )　other: _____

1

Case 5:21-mj-00737-DUTY   Document 6   Filed 12/16/21   Page 2 of 2   Page ID #:15

|   |       |                                                                                     |
|---|-------|-------------------------------------------------------------------------------------|
| 1 |       | and/ or                                                                             |
| 2 | B. (×) | The defendant has not met his/her burden of establishing by clear and               |
| 3 |       | convincing evidence that he/she is not likely to pose a danger to the safety         |
| 4 |       | of any other person or the community if released under 18 U.S.C.                    |
| 5 |       | § 3142(b) or (c).  This finding is based on the following:                          |
| 6 |       | (×)    information in the Pretrial Services Report and Recommendation               |
| 7 |       | (×)    information in the violation petition and report(s)                          |
| 8 |       | (×)    the defendant's nonobjection to detention at this time                       |
| 9 |       | ( )    other: _____                       |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: December 16, 2021

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE